**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-1740-WJM-NYW

SALVATORE PETE RUSSO, JR.,

    Plaintiff,

v.

JOHN HICKENLOOPER,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Affirming July 30, 2015 Order of Magistrate Judge, Adopting August 26, 2015 Recommendation of Magistrate Judge, and Dismissing Plaintiff's Lawsuit Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on January 6, 2016, it is

    ORDERED that the Recommendation of the Magistrate Judge (ECF No. 16) is ADOPTED.

    IT IS FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE; each party shall bear his own attorney's fees and costs.

    Dated at Denver, Colorado this 6th day of January, 2016.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:   s/Deborah Hansen
    Deborah Hansen, Deputy Clerk